UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
:
:
:
**IN RE: CELSIUS NETWORK LLC**  :     1:23-cv-10755 (ALC)
:
:     <u>ORDER</u>
:
:
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On April 12, 2024, the Appellee filed a motion to dismiss *pro se* creditor Richard Phillip's appeal. ECF No. 14. In light of the foregoing, the Court sets the following briefing schedule:

    Appellant's Opposition Brief:                 February 26, 2025

    Appellee's Reply:                                March 5, 2025

**SO ORDERED.**

**Dated:   February 5, 2025**

       New York, New York                               **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**