**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

                                                      23 **CIVIL** 10755 (ALC)

IN RE: CELSIUS NETWORK LLC.
                                                      **JUDGMENT**

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 25, 2025, Defendants' motion to dismiss is

GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

        March 26, 2025

                                           **TAMMI M. HELLWIG**
                                              **Clerk of Court**

                             **BY:**

                                  _____
                                           **Deputy Clerk**